AO 91 (REV.5/85) Criminal Complaint    Case: 1:05-cr-00537 Document #: 1 Filed: 06/13/05 Page 1 of 10 PageID #:1    AUSA Leonard Gail (312) 353-5323

6-13-05

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF ___ILLINOIS, EASTERN DIVISION___

UNITED STATES OF AMERICA

v.

ROBERT SCOTT LASSITER

MAGISTRATE JUDGE NOLAN

**CRIMINAL COMPLAINT**

CASE NUMBER: **05CR0537**

FILED
JUN 13 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between on or about April 18, 2005, and on or about June 10, 2005 in Cook county, in the ___Northern___ District of ___Illinois, and elsewhere___ defendant did:

use a facility and means of interstate commerce, namely, a computer, knowingly to attempt to persuade, induce, and entice an individual whom he believed had not attained the age of 18 years to engage in a sexual activity for which any person can be charged with a criminal offense,

in violation of Title ___18___ United States Code, Section ___2422(b)___.

I further state that I am a _Special Agent with the Federal Bureau of Investigation_ and that this complaint is based on the following facts:

**See attached affidavit.**

Continued on the attached sheet and made a part hereof:  _X_ Yes       ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____June 13, 2005_____          at    Chicago, Illinois
Date                                            City and State

NAN R. NOLAN, U.S. Magistrate Judge          _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

| | |
|---|---|
| State of Illinois | ) |
| | ) ss |
| County of Cook | ) |

## AFFIDAVIT

I, Scott J. McDonough, a Special Agent with the Federal Bureau of Investigation (FBI), Chicago Division, Chicago, Illinois, being duly sworn on oath, state as follows:

1. I have been employed as a Special Agent of the FBI since January 2001 and am currently assigned to the Chicago Innocent Images Task Force, Cyber Crimes Squad #1. I am currently the Case Agent assigned to oversee the Chicago Innocent Images Undercover Operation, which has the mission of identifying and investigating online child sexual exploitation and child pornography. Since joining the FBI, I have investigated violations of various federal laws, including violent crimes and am currently investigating federal violations concerning child pornography and the sexual exploitation of children. I have also received and provided specialized training in the investigation of child pornography and the sexual exploitation of children.

2. The statements in this affidavit are based on my own personal knowledge and experience as an FBI Special Agent, as well as on information provided to me by other FBI Special Agents, Cook County Sheriff's Police Investigators, and by law-enforcement officers assigned to FBI task forces. Since this affidavit is being submitted for the limited purpose of establishing probable cause to issue a complaint charging Robert Scott Lassiter with violating Title 18, United States Code, Section 2422 (b), I have not included each and every fact known to me concerning this investigation.

## STATUTORY AUTHORITY

3. This investigation concerns alleged violations of Title 18, United States Code, Section

2422. Entitled "Coercion and Enticement," it provides in part:

(a) Whoever knowingly persuades, induces, entices, or coerces any individual to travel in interstate or foreign commerce, or in any Territory or Possession of the United States, to engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title or imprisoned not more than 10 years, or both.

(b) Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title, imprisoned not more than 15 years, or both.

## BACKGROUND OF THE INVESTIGATION

4. Cook County Sheriff's Police Department Investigator Mary Delaurentis routinely acts in an undercover capacity by entering Internet "chat rooms" while posing as a minor child. On or about April 18, 2005, Investigator Delaurentis was acting in an undercover capacity as a 12 year old female child named Mandy using the screen name "sad_eyes_mandy" (hereinafter "Mandy"). Investigator Delaurentis was utilizing Yahoo! Messenger (hereinafter "Yahoo!") on an undercover computer. Investigator Delaurentis went to a Yahoo! internet chat room named "Girls like older guys: 1" when an individual with a Yahoo! account using the Yahoo! screen name "lildrummer78" (hereinafter "Scott") initiated a computer "chat" conversation outside the chat room.

5. The computer used by Investigator Delaurentis during this investigation was located in Maywood, Illinois, in Cook County. The Yahoo! network is an international network of computer servers located throughout the world with the main headquarters located in Sunnyvale, California.

6. During the first chat on April 18, 2005, Scott asked Mandy "how old are you?". Mandy replied: "12 n u?" Scott replied "26 didn't realize you were that young." Scott continued to

ask Mandy what she looked like, *i.e.*, "umm... whats your build? skinny, fat somewhere imbetween? ; )" Scott also asked Mandy, "you ever date an older guy?" Mandy replied "ummm kinda." Scott asked "kinda older or kinda dated?" Mandy replied "kinda older like 17." Scott replied "oh ok what all did you do w/ him?" and "i'd be temted to do stuff w/ you but at the same time you're young so you should take your time." Scott also asked "ok... umm.. what size bra do you wear?." Scott also asked "umm... so you do kinda think about doing stuff w/ guys? like more then kissing?" "can i ask... do you touch yourself... down there... when you think about it?." Scott also asked Mandy "do you think you'd want to meet up sometime?" Mandy replied "like in rl." Scott replied "yeah" "idk... i'm up there sometimes... maybe if your parents dropped you off somewhere to hang out w/ friends... idk." Scott also asked "you think you would be able to get out of the house?" "you think you could tell them you're spending the night at a friends and come stay with me."

7. Scott continued to tell Mandy that he had met people in real life that he had previously met on the internet. Mandy asked Scott what he did with the people he met in real life and Scott replied "umm... I've like made out w/ people i've met online" "and then after getting to know them in person I've done more." Mandy replied "like?" and Scott stated "umm... oral." Scott continued "well, like I fingered her and she touched me down there too" and "umm, oral is when you kiss the other person... but, down there." Mandy then asked "how old was she." Scott replied "16". Scott then asked Mandy "you like the idea of oral?" and "would you like to try it." Scott and Mandy then talked about swimming in a hotel pool in the Chicago area and sleeping in the same bed together.

8. During an online chat on April 25, 2005, Scott continued to talk about coming to Chicago to meet Mandy and stay in a hotel together. Scott asked Mandy "so you'd come stay w/ me

3

though?" "and if any body asks, your my lil sister" "umm, 'cause otherwise it'd look really bad that a 12 yr old and 26 yr old are staying together." Scott also asked Mandy "are you camera shy or do you like to have your pic taken" and "you want me to take like model pics, swim suit pics, or like naughty pics? ; )" Mandy questioned "girls my age do that", Scott replied "some do but not often" "seeing as its kinda illeagal..." "not for you bet for me it would be" "like if I got caught taking those... i'd be in trouble."

9. During an online chat on April 26, 2005, Scott told Mandy "theres times like I think about doing stuff but then I feel guilty for even thinking about doing that stuff w/ a girl as young as you so... idk" and "the furthest I've thought about is like oral." Scott asked Mandy "would you let me do that to you?" Mandy replied "ummm does it hurt?" Scott answered "sex would hurt but oral doesnt" "that would be just like licking down there so it wouldn't hurt and no you couldn't get pregnant from it." Scott also asked Mandy "are you having periods yet?" and "would you do oral to me or is it too scary?" Scott continued "I'd tell you what to do... or you could just kinda play around" "I mean it'd pretty much mean you kissing me down there and putting it in your mouth a lil' bit".

10 During an online chat on May 2, 2005, Scott told Mandy "you do realize most older guys on here would try and take advantage of you... maybe even rape you. I don't want you to get together w/ me and go... hey, that was fun, I'll do it again w/ somebody else and then you end up getting hurt." They also discussed how they could meet, whether he would pick here up at her house or meet at a mall.

11 During an online chat on May 16, 2005, Scott continued to talk to Mandy about taking pictures of her. He also asked if she had any friends that would be interested in letting him

4

take pictures of the two of them. Scott also told Mandy "i found a whole site that is nude modeling of girls your age" and "after I found it I was looking at those for a week after wards looking through them all." Scott then provided the web site address of "http://www.ls-magazine.biz/" to Mandy. Scott then instructed Mandy how to access the website and how to view images of children posing naked. Scott provided this web site address to Mandy a second time during the chat. I am familiar with this website and it contains primarily erotic and pornographic images of both pre-pubescent and pubescent children.

12. During an online chat on May 23, 2005, Scott continued to talk about meeting Mandy sometime after she got out of school for the summer. Scott asked Mandy "are you sure you are ready?" "I mean... you've never been w/ a guy at all and here we are talking about you getting naked and stuff." Scott continued "so you need to tell me what you'd like to know or find out... if anything. and if not that's fine too." Mandy replied "k well what is there." Scott continued " well... kissing... making out... umm, touching/kissing your breasts...you exploring my body.. touching me down there... maybe hand job... me touching you down there... fingering you" "then you'd get into oral... me kissing/licking you down there... or you licking me... putting me in your mouth..." " umm... you putting my dick in your mouth... that would be oral sex for you on me." Scott continued to talk about how he would like to take pictures of Mandy with one of her friends while they together showered naked and touched each other.

13. During an online chat on June 9, 2005, Scott asked Mandy "does it bother you that I'm always sexual?" Scott continued "I feel bad about it sometimes" "partly 'cause you're young and so I don't feel like I should be thinking of you like that... partly 'cause you're a nice girl and I do like you for who you are but it seems that all I ever tell you is how I like you for physical stuff". Scott

5

also stated "idk why you trust me though." Mandy replied "waht do you mean?" Scott replied "like hooking up w/ some older guy from online... you know most guys would just rape you."

### THE JUNE 10, 2005, INTERNET CHAT AND MEETING

14. During an online chat on June 10, 2005, Scott told Mandy that he was planning on driving to Chicago that day for the "blues fest" in Grant Park. Scott asked Mandy if she wanted to go with him to the "blues fest" and then spend the night with him in his van. Scott told Mandy "heres the deal though... this wouldn't be staying in hotel or anything... more like the back of my van : )" "sorry, I can't afford a hotel this trip." Scott stated that they would park the van in the parking lot of a "steak and shake" or a Walmart that is open 24 hours a day. Scott told Mandy "that way if you have to hit the bathroom at 2am... ; )" Scott asked Mandy for an address at which to pick her up and then asked "can you think of a better place for me to meet you?" and "is there somewhere she [Mandy's mother] could drop you off? like the mall or something?" Mandy then stated "ummm there is like a gas station n a mcdonalds n the post office n some other stores n stuff." Scott then replied "maybe mc donalds would be a good option cause you can hang out there for a while if you have to." Scott said he would instant message Mandy just before he left Bloomington, which would provide her with two hours to get to the McDonalds.

16. At approximately 5:00 PM, Scott instant messaged Mandy saying he was leaving in 15 minutes but that he had to stop on his way out of town, so he wrote that Mandy should "figure on 7.30 OK?" Mandy replied that that was "OK."

17. In the same chat, Mandy stated that she would be wearing a pink baseball hat. Scott said he'd be wearing dark green shorts and a black t-shirt.

18. On June 10, 2005, at approximately 8:00 PM, Scott arrived at the McDonald's

Restaurant located at the corner of Des Plaines and Madison in Forest Park, Illinois and approached Investigator Delaurentis, acting in an undercover capacity as Mandy and wearing a pink baseball hat. Scott stated, "Hi Mandy." Scott was wearing a black t-shirt and green shorts. He arrived at McDonald's driving a 1994 Plymouth Voyager mini-van, bearing Illinois license plates ████████. According to the Illinois Secretary of State database, this vehicle is registered to Robert Scott Lassiter of Bloomington, Illinois.

19. Scott Lassiter was taken into custody. He was advised of his Miranda rights, acknowledged that he understood them, waived those rights, and agreed to speak with Investigators/Agents without an attorney present.

20. Lassiter stated that he drove to the McDonald's in Forest Park to meet Mandy, a twelve (12) year old female with whom he had been chatting online. He stated that he was planning to go to the "blues fest" in downtown Chicago and then spend the night with Mandy in his van in a parking lot of either a 24 hour Wal-mart or a "Steak and Shake" restaurant. Lassiter advised that he wanted to stay in one of those parking lots both because the related stores are open all night and had restrooms if he or Mandy needed to use one in the middle of the night, and also because there would always be traffic in the parking lot so attention would not be drawn to his van. Lassiter stated that he did not intend to have "vaginal intercourse" with Mandy but did intend to have oral sex with her that night.

21. Lassiter provided written consent to search his residence in Bloomington, Illinois, his vehicle, his computer(s), and his online accounts.

22. Lassiter also stated that he has met in person several other minor females that he initially met and chatted with online. He stated he has had sex with some of these minor females.

7

For example, he stated that approximately two weeks ago, over the Memorial Day weekend, he drove to Ohio and met with a seventeen (17) year old female, with whom he had oral sex and sexual intercourse in a hotel that he had rented. Scott stated that on the drive back to Illinois, he met a fifteen (15) year old female in person that he had chatted with on-line.

23.     Lassiter also provided details stating that he had met two additional sixteen (16) year old females online. Lassiter continued, on separate dates and times, he subsequently had sexual relations with both minors.

Further affiant sayeth not.

_____
Special Agent
Scott J. McDonough
Federal Bureau of Investigation

Subscribed and sworn to before
me this 13th day of June, 2005.

_____
The Honorable Nan R. Nolan
U.S. Magistrate Judge