# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
| --- | --- | --- | --- | --- |

IN THE CASE OF

| | | FOR | | LOCATION NUMBER |
| --- | --- | --- | --- | --- |
| U S A | vs | | | |
| Robert Scott Lassiter | | AT | | |

PERSON REPRESENTED (Show your full name)

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony   ☐ Misdemeanor

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate

District Court
05CR537

FILED
JUN 13 2005

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment _____ rent trap by How much did you earn per month? $ 1/05 @ 400 ft

If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ 3,600   SOURCES School full time but supported by father (300 per month)

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ 2,100   DESCRIPTION  94 Plymouth Voyager

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents

List persons you actually support and your relationship to them   Self

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt |
| --- | --- | --- | --- |
| | Rent | $ | $235 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/13/05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Robt S Σt