UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

OCT 2 0 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE DER-YEGHIAYAN

UNITED STATES OF AMERICA )

      )   No.  05 CR 537

v.        )

      )   Violation: Title 18, United States Code,

ROBERT SCOTT LASSITER  )   Section 2422(b)

## COUNT ONE      MAGISTRATE JUDGE NOLAN

The UNITED STATES ATTORNEY charges:

Beginning on or about April 18, 2005, and continuing until on or about June 10, 2005, in the

Northern District of Illinois, Eastern Division, and elsewhere,

### ROBERT SCOTT LASSITER,

defendant herein, using a facility and means of interstate commerce, including interstate wire

communications and internet communications service accounts, did knowingly attempt to persuade,

induce, and entice "Mandy," whom defendant believed to be a female minor who had not attained

the age of 16 years, but who in fact was an undercover law enforcement officer, to engage in sexual

activity for which the defendant could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

# FORFEITURE ALLEGATION

The UNITED STATES ATTORNEY further charges:

1.    The allegations of this Information are re-alleged and incorporated by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2.    As a result of his violation of Title 18, United States Code, Section 2422(b),

## ROBERT SCOTT LASSITER,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all right, title and interest defendant has in any and all property used or intended to be used in any manner or part to commit and to promote the commission of the said violation.

3.    The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 2253 include, but are not limited to, the following items seized on June 10, 2005:

       (a)    A Gateway 2000 desktop computer with serial number;

       (b)    A Compaq Presario Hard Drive with serial number 9002CF5ZD233;

       (c)    A Generic computer marked "Digital I" without a serial number;

       (d)    Computer disks, CD, floppy disks, and other media and computer equipment found near the above computers;

       (e)    A Kodak EasyShare DX 4900 digital camera; and

       (f)    A Nikon N6006 35 mm camera.

4.    To the extent that the property described above as being subject to forfeiture pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant:

       (a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred to, sold to, or deposited with a third person;

(c)    has been placed beyond the jurisdiction of the court;

(d)    has been substantially diminished in value;

(e)    has been commingled with other property that cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 18, United States Code, Section 2253(o);

All pursuant to Title 18, United States Code, Section 2253.

Patrick J. Fitzgerald by VJP
UNITED STATES ATTORNEY